Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAZELAH ASHTIANI<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS LISTING SOLUTION, LLC, et. al.<br><br>Defendants. | Case No.: 3:19-cv-02390-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now Comes Plaintiff and Defendant, who, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims against Defendants with prejudice, with each side bearing its own costs and attorney's fees.

Dated: December 16, 2019

Respectfully submitted,

1

3:19-cv-02390-JSC

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

By: /s/ Nicole Sauvola-Lamay
Nicole Sauvola-LaMay, Esquire
Nicole Sauvola, PA
13889 Deer Creek Drive
Palm Beach Gardens, FL 33418
(561) 506-5606 phone
(561) 229-0169 facsimile
Colelaw36@gmail.com
*Pro Hac Vice* Attorney for Defendant
Business Listing Solutions, LLC

## **Local Rule 5-1(i)(3) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-1(i)(3) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-1(i)(3), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: December 16, 2019

By: /s/ Mark L. Javitch